IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:19-CV-00216

RICHARD KRICK,

    Plaintiff,

  v.

MEDICAL DEVICE BUSINESS
SERVICES, INC.,

    Defendant.

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard Krick and Defendant Medical Device Business Services, Inc. hereby stipulate to the dismissal of all claims in this action with prejudice, with each party to bear his or its own costs and fees.

This the 7th day of June, 2019.

    /s/ Jonathan N. Barber
    Jonathan N. Barber
    NC State Bar No. 49065
    JBarber@barberpowerlaw.com

    BARBER POWER LAW GROUP, PLLC
    205 Regency Executive Park Drive, #200
    Charlotte, North Carolina 28217
    Telephone: (980) 202-5679

    *Attorney for Plaintiff*

/s/Bradley M. Risinger

Bradley M. Risinger
NC State Bar No. 23629
brisinger@foxrothschild.com

FOX ROTHSCHILD LLP
434 Fayetteville Street, Suite 2800 (27601)
Post Office Box 27525
Raleigh, North Carolina 27611
Telephone: (919) 755-8700
Facsimile: (919) 755-8800

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **JOINT STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the CM/ECF system and thereby served on Plaintiff's counsel, as follows:

>Jonathan N. Barber
>Barber Power Law Group, PLLC
>205 Regency Executive Park Drive, #200
>Charlotte, North Carolina  28217

This the 7th day of June, 2019.

>/s/ Bradley M. Risinger
>Bradley M. Risinger
>N.C. State Bar No. 23629
>
>FOX ROTHSCHILD LLP
>434 Fayetteville Street, Suite 2800 (27601)
>Post Office Box 27611
>Raleigh, North Carolina 27611
>Telephone: (919) 755-8848
>Facsimile: (919) 838-3144
>
>*Attorney for Defendant*